WR-84,034-01

NO. _____

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

LEONARDO CASIAS III

v.

THE STATE OF TEXAS

FROM APPEAL NO. 03-99-00781-CR
TRIAL CAUSE NO. 49654-A
BELL COUNTY

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION
FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

Comes now Leonard Casias III, Relator, and files this motion for an extension of sixty [60] days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following: for the reasons that relator didn't recieve this notice until December 1, 2015 for the delay in mail and Thanksgiving hoiladay deliverys

I.

The Petitioner was convicted in the 264th District Court of Bell County, Texas of the offense of murder in Cause no. 49654-A, styled

State of Texas vs. Leonardo Casias III. The Petitioner appealed to the Court of Appeals, Third District of Texas Supreme Judicial District. This case affirmed on April 10, 2001.

## II.

The present deadline for filing the Petition for Discretionary Review is December 18, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of decision of the court of appeals in affirming and Court of Criminals Appeals decision until 11-18-2015, since then petitioner attorney has not informed him of steps on appeal. Petitioner notes he will represent himself on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays the Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 49654-A to February 18, 2016.

Leonardo Casias III
Petitioner, Pro Se
Texas Department of Criminal Justice
Ellis Unit
TDCJ # 897234 - ID

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition For Discretionary, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Texas, at Austin, and to the STATE PROSECUTING ATTORNEY, P.O. Box 124051, Austin, Texas 78711 on this the 7 day of December, 2015.

Leonardo Casias, III
Petitioner Pro Se

I, Leonardo Casias III, TDCJ# 897239, being presently incarcerated in the Ellis unit of the Texas Department of Criminal Justice in Walker County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 7 day of December, 2015.

Leonardo Casias III
TDCJ# 897239